```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 21428
   VICTORIA VALENTINO
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6980

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 11/15/2007 and was not confirmed.

    The case was dismissed without confirmation 01/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
COMMONWEALTH EDISON        UNSECURED     NOT FILED        .00          .00
B-REAL LLC                 UNSECURED       996.03         .00          .00
B-REAL LLC                 UNSECURED       517.38         .00          .00
ASSET ACCEPTANCE CORP      UNSECURED       413.06         .00          .00
PRO SE DEBTOR              DEBTOR ATTY        .00                      .00
TOM VAUGHN                 TRUSTEE                                     .00
DEBTOR REFUND              REFUND                                      .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                         ------------        ------------
TOTALS                       .00                 .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 04/23/08               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```